IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blakemore, Urial J | Case Number: 08 B 13523 |
| | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 5/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 93.40 |
| Trustee Fee: |  | 6.60 |
| Other Funds: |  | 0.00 |
| Totals: | 100.00 | 100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 93.40 |
| 2. | Value Auto Mart Inc | Secured | 0.00 | 0.00 |
| 3. | Value Auto Mart Inc | Unsecured | 310.43 | 0.00 |
| 4. | Resurgence Financial LLC | Unsecured | 1,847.96 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 26.48 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 213.56 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 229.00 | 0.00 |
| 8. | Golden Motors | Secured | | No Claim Filed |
| 9. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | H & F Law Offices | Unsecured | | No Claim Filed |
| 12. | Visa | Unsecured | | No Claim Filed |
| | | | $ 6,091.43 | $ 93.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 6.60 |
| | $ 6.60 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blakemore, Urial J

Printed: 11/25/08

Case Number: 08 B 13523
Judge: Squires, John H
Filed: 5/28/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

